**Order filed February 13, 2014**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-13-01145-CV**

_____

**KATRINA HUDSON, Appellant**

**V.**

**SENIOR LIVING PROPERTIES, LLC, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71927**

---

## O R D E R

The notice of appeal in this case was filed December 27, 2013. The clerk's record was filed February 3, 2014. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed.  *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the Clerk of this court on or before **February 28, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM